IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR84 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE LEE PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to 18 U.S.C. § 4241, that:

1.  The defendant shall self-surrender to the custody of the United States Bureau of Prisons **on or after November 21, 2005**, and shall submit to a full psychiatric and psychological evaluation and report to be conducted at a Bureau of Prison's medical facility designated by the Bureau of Prison. The Court would recommend the Bureau of Prison's Medical Center for Federal Prisoners in Springfield, Missouri.

2.  The Bureau of Prisons shall notify the Pretrial Services Office for the District of Nebraska (Main line: 402-661-7560 - Fax line: 402-661-7566) as to which Bureau of Prison's medical facility the defendant shall report. Pretrial Services shall in turn notify the defendant and counsel of the time and date that the defendant shall report to the designated facility.

3.  The court's conversations with counsel and the psychological reports submitted to the court demonstrate that the defendant might not be competent to stand trial.

4.  The report shall include the information required pursuant to 18 U.S.C. § 4247(c). The report shall also include an opinion by the examiner concerning the defendant's competency to stand trial.

5.  The report shall be completed on or before **December 21, 2005.**

6.  Defendant shall be remanded to the custody of the United States Marshal Service for the District of Nebraska upon completion of the above ordered report and held in custody until further order of this court.

7.       The defendant shall be returned to the court for disposition hearing on **January 5, 2006, at 1:30 p.m.,** in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of October, 2005.

                                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    JOSEPH F. BATAILLON
                                    United States District Judge