IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR84 |
| Plaintiff, | ) ) ) | |
| v. | ) | AMENDED ORDER |
| WAYNE LEE PETERSON, | ) ) ) | |
| Defendant. | ) | |

The Court has been advised that defendant has been taken into custody in this case.

THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 4241, that the court's order dated October 28, 2005, Filing No. 30, is amended as follows:

1. The defendant shall submit to a full psychiatric and psychological evaluation and report to be conducted at a Bureau of Prisons' medical facility designated by the Bureau of Prisons.

2. The Bureau of Prisons shall notify the Pretrial Services Office for the District of Nebraska (Main line: 402-661-7560 - Fax line: 402-661-7566) as to which Bureau of Prisons' medical facility the defendant has reported.

3. The court's conversations with counsel and the psychological reports submitted to the court demonstrate that the defendant might not be competent to stand trial.

4. The report shall include the information required pursuant to 18 U.S.C. § 4247(c). The report shall also include an opinion by the examiner concerning the defendant's competency to stand trial.

5. The report shall be completed on or before **January 27, 2006.**

6. Defendant shall be remanded to the custody of the United States Marshal Service for the District of Nebraska upon completion of the above ordered report and held

      in custody until further order of this court.

7.     The defendant shall be returned to the court for a competency hearing on **February 3, 2006, at 10:30 a.m.** in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of December, 2005.

                    BY THE COURT:

                    s/ Joseph F. Bataillon
                    JOSEPH F. BATAILLON
                    United States District Judge