IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR84 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE LEE PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a letter from the Federal Bureau of Prisons dated April 27, 2006 (a copy of which is attached to this order), requesting a extension of time in which to evaluate the defendant regarding his competency to stand trial and to complete its report on that evaluation. The court has reviewed the request and finds as follows.

IT IS ORDERED:

1. The request outlined in the April 27, 2006, letter from the Federal Bureau of Prisons is granted.

2. The competency hearing scheduled on July 14, 2006, is continued to **September 7, 2006, at 9:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The Clerk of Court is ordered to mail a certified copy of this order to the Records Office at FMC Butner.

DATED this 11th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge



**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

April 27, 2006

The Honorable Joseph F. Bataillon
Courtroom No. 3, Third Floor
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, Nebraska 68102

RE: Peterson, Wayne Lee
    Register Number:    19911-047
    Docket Number:  8:05CR84

Dear Judge Bataillon:

The above-referenced individual was admitted to the Mental Health Unit of this facility on April 12, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Peterson, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on August 9, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

GRANTED/DENIED (Circle One)

Signature: _____  DATE: 5/11/06
    District Judge Joseph F. Bataillon

cc: Michael Wellman, Assistant United States Attorney
    Shannon O'Connor, Attorney