IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR84 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| WAYNE LEE PETERSON, | ) | |
| Defendant. | ) | |

This matter is before the Court following a hearing on defendant's motion for release from confinement, Filing No. 40. For good cause shown, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED THAT:

1. Defendant's motion for release, Filing No. 40, is granted;

2. The United States Marshall's Service is hereby ordered to transport the defendant from FMC Butner, North Carolina, to Omaha, Nebraska as soon as is possible, and no later than August 7, 2006. The United States Marshall's office shall notify the court immediately upon the return of Mr. Peterson, so that the court can schedule a detention hearing and further proceedings as needed.

DATED this 6th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge